# Affidavit

In executing this affidavit, I certify that I am not an unmarried minor, am not mentally incompetent, and am not a convict of any felony. Based on my personal knowledge of facts, matters, and things, I make affidavit to the following, to-wit:

I am the Plaintiff in the case of Rosenberg v. Coast Collection Agency, Inc., (CCA) Case No. 1:14-cv-00122-LG-JMR.

On April 1, 2014, I provided CCA a hyperlink to video of a meeting I had with a CCA owner. The link is https://www.dropbox.com/l/Rw0EJJP2quKXwAqEf98Lkc?. On April 22, 2014, I caused to be provided to CCA three hypertext links on a private worldwide web electronic storage provider to the following files:

1. A video file named "Video Feb 04, 4 27 31 PM.mov"
2. a video file named "Video Feb 04, 4 30 20 P.M.mov"
3. A video file named "Video Feb 10, 3 09 42 PM.mov."

The links to the videos are:

1. https://www.dropbox.com/s/1kqs6iywt1wsny1/Video%20Feb%2004%2C%204%2027%2031%20PM.mov
2. https://www.dropbox.com/s/kxwmfo0wd85qlce/Video%20Feb%2004%2C%204%2030%2020%20PM.mov

1

3. https://www.dropbox.com/s/y610p7657owbwuw/Video%20Feb%2010%2C%203%2009%2042%20PM.mov

On April 25, 2014, I caused to be provided to CCA a hypertext link to a private worldwide web electronic storage provider. The link is the following:

https://www.dropbox.com/l/2ghh2T03eUBwNVtWgOIVLa?

It is a recording of a telephone conversation I had with an employee of Singing River Health Systems that was made on my work computer.

All the recordings I made were made with my smartphone and computer which I use to earn my livelihood. There is no recording of which the recordings I have provided CCA are segments. I am not aware of and have no control over any other recordings of meetings or conversations with CCA, Singing River Health System, Singing River Physicians, or McKeeson employees. I have no control over Mr. Wilens and he did not record any of my meetings or conversations with them on any other device.

If I am required to stop using my smart telephone and work computer, I will have to buy replacements and copy their information to the replacements. I estimate the cost of buying replacements to be between ~~$1,200~~ $3,000 and ~~$2,200~~ $4,000 SSR, not counting any software I will have to replace.

Further Affiant sayeth not.

_____
Eric Rosenberg

STATE OF ~~COLORADO~~ Mississippi
County of Jackson

Personally appeared before me, the undersigned authority in and for the said county and state, on this 2 day of May, 2014, within my jurisdiction, the within named Eric Rosenberg, who acknowledge that as his act and deed he executed the above and foregoing instrument. Further, he stated on oath that the matters and things stated in the above and foregoing Affidavit are true and correct as therein stated.

_____ 5-2-2014
Eric Rosenberg

SWORN TO AND SUBSCRIBED BEFORE ME, this the 2 day of May, 2014.

_____
Jennifer Cartwright
NOTARY PUBLIC

My commission expires: Aug 13, 2016

[Notary Seal: STATE OF MISSISSIPPI NOTARY PUBLIC ID # 103105 JENNIFER CARTWRIGHT Commission Expires Aug. 13, 2016 JACKSON COUNTY]

3