

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 22 2014
ARTHUR JOHNSTON
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

ERIC BRIAN ROSENBERG                           PLAINTIFF

VERSUS                      CIVIL ACTION NO. 1:14-cv-00122-LG-JCG

COAST COLLECTION AGENCY, INC.              DEFENDANT

## AGREED PARTIAL ORDER OF DISMISSAL, WITH PREJUDICE, WITH PARTIES TO BEAR THEIR OWN COSTS, WITH THE COURT RETAINING JURISDICTION TO ENFORCE THE SETTLEMENT FOR A PERIOD OF ONE YEAR

THIS MATTER having come on before the Court, sitting by designation and agreement of the parties in lieu of a trial by United States District Court Judge, on joint motion *ore tenus* of the Parties pursuant to F. R. Civ. P. 41(a)(2) seeking an order dismissing with prejudice, with the parties to bear their own costs, all claims or causes of action or assertions of any kind or character contemplated or otherwise, set forth or which might have been set forth by Mr. Rosenberg against CCA, whether known or unknown, and all claims, causes of action or assertions of any kind contemplated or otherwise set forth or which might have been set forth in the counterclaims asserted by CCA against Mr. Rosenberg, whether known or unknown, arising out of, or related in any way to the circumstances giving rise to this subject matter to and excepting only certain agreed conditions which have been confidentially disclosed to and approved by the Court, and the Court having considered same does hereby find that the motion should be and hereby is granted. Accordingly, it is hereby;

1.      ORDERED and ADJUDGED that all claims or causes of action or assertions of any kind or character contemplated or otherwise, set forth or which might have been set forth by Mr. Rosenberg against CCA, whether known or unknown, and all claims, causes of action or assertions of any kind

contemplated or otherwise set forth or which might have been set forth in the counterclaims asserted by CCA against Mr. Rosenberg, whether known or unknown, arising out of, or related in any way to the circumstances giving rise to this subject matter to and excepting only certain agreed conditions which have been confidentially disclosed to and approved by the Court are hereby dismissed, with prejudice, with the Parties to bear their own costs. It is further

2. ORDERED and ADJUDGED that the Court will retain jurisdiction solely for the purpose of enforcing the Settlement Agreement between the Parties, if necessary, for a period of one year from and after the date of the entry of this Judgment after which this Judgment shall become final for all purposes unless otherwise directed by the Court in a subsequent Order.

SO ORDERED AND ADJUDGED, this the 22 day of Aug, 2014.

_____
UNITED STATES MAGISTRATE JUDGE
(Sitting by designation and agreement of the Parties)

Approved as to form and content:

ERIC BRIAN ROSENBERG
_____

COAST COLLECTION AGENCY, INC.
By: _____
Its: PRESIDENT

_____
ALBERT PETTIGREW, Attorney for Plaintiff

_____
WILLIAM V. WESTBROOK, III,
Attorney for Defendant